In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA E. SCHMIDT, as Executrix of the Last Will and Testament of OTTO C. SCHMIDT, Deceased, Administrator of MARGARET WANNEMACHER, Deceased, Appellant. FRED P. SCHMIDT, Individually and as Administrator de Bonis Non of the Estate of MARGARET WANNEMACHER, Deceased, and THOMAS J. TOWERS, as Special Guardian for MARGARET SCHELL and Others, Infants, Respondents.— Decree of the Surrogate's Court of Queens county, in so far as appealed from, unanimously affirmed, with costs to the respondent and the special guardian, payable out of the estate. This determination is not intended to affect the right of appellant's attorney to such fee for services in connection with the real estate sale as may be agreed upon between him and the heirs, or, if not agreed upon, to his right to maintain an action therefor. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARIE JENSEN and NIELS JENSEN, Appellants, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event, on the ground that the plaintiffs proved a *prima facie* case of negligence against the defendant. Young, Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., dissents and votes for affirmance on authority of *Kelly* v. *Otterstedt* (80 App. Div. 398); *Norton* v. *Hudner* (213 Mass. 257).

FRED KAMMERER, Respondent, v. EDWARD C. ABEL, Appellant.— Defendant's exceptions overruled and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ROBERT M. KELEHER, Appellant, v. O. EDWIN BARNES, INC., and O. EDWIN BARNES, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MAY L. KENT, Respondent, v. GRACE G. DOUGHTY, Appellant, and SANDER F. PAAREN, Defendant.— Order granting plaintiff's motion for the examination before trial of one Robert W. Doughty affirmed, with ten dollars costs and disbursements. The examination is to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.